# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| Atlas Uluslararasi Kumanyacilik Ticaret A.S § <br> d/b/a Atlas Ship Supply § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> M/V SAM EAGLE," § <br>   her equipment and appurtenances, § <br>   and freights, et al., § <br> § <br> Defendants and Garnishee. § | CIVIL ACTION 19-263 <br><br> IN ADMIRALTY, Rule 9(h) |

## EX-PARTE MOTION FOR RELEASE OF VESSEL

Plaintiff Atlas Uluslararasi Kumanyacilik Ticaret A.S d/b/a Atlas Ship Supply ("Atlas") and the Owners of the the M/V SAM EAGLE have settled all claims.

Atlas therefore respectfully requests that this Court issue the accompanying Order for immediate release of the Vessel from arrest and attachment and dismissing this case with prejudice.

Dated: October 2, 2019.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:    410-783-5795
Facsimile:    410-510-1789
jssimms@simmsshowers.com

Attorneys for Atlas Uluslararasi Kumanyacilik
Ticaret A.S d/b/a Atlas Ship Supply