**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| Atlas Uluslararasi Kumanyacilik Ticaret A.S d/b/a Atlas Ship Supply | § § § | |
| Plaintiff, | § § | CIVIL ACTION 19-263 |
| *versus* | § § | IN ADMIRALTY, Rule 9(h) |
| "M/V SAM EAGLE," *etc. et al.*, | § § § | |
| Defendants and Garnishee. | § | |

**ORDER OF DISMISSAL WITH PREJUDUCE
AND FOR IMMEDIATE RELEASE OF THE
M/V SAM EAGLE FROM ARREST AND ATTACHENT**

Settlement having been reached, this Court now:

ORDERS the immediate release of the Vessel from arrest and attachment in this case.

It shall not be necessary for the United States Marshal to proceed to the Vessel to effect this release of the Vessel. The release of the Vessel shall be effective upon transmission by email or facsimile to the United States Marshal, and to the Master and/or local husbanding agent of the Vessel, of a copy this Order. Notice of such transmission shall be filed with the Clerk.

The United States Marshal also shall as soon as practicable refund to plaintiff by check made payable to the client trust account plaintiff's counsel, "J. Stephen Simms, P.C. Client Trust Account," the balance of the deposit made by plaintiff for the arrest and attachment of the Vessel.

This case further is dismissed with prejudice, each party to bear its own respective costs.

DONE AND ORDERED this __ day of October, 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE